# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**RENO FENELLI SIGGERS**,

    *Plaintiff*,

v.

**COMMISSIONER BURL CAIN, SUPERINTENDENT JOHN HUNT, and CHAPLIN DIRECTOR CHRISTOPHER CALLICOATTE,**

    *Defendants*.

Cause No. 3:24-CV-443-CWR-LGI

## ORDER

The matter before the Court is pursuant to the Magistrate Judge's Report and Recommendation, which was entered on June 3, 2025. Docket No. 19. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, this case is dismissed without prejudice. A separate Final Judgment will issue.

**SO ORDERED**, this the 31st day of July, 2025.

                                           s/ Carlton W. Reeves
                                           UNITED STATES DISTRICT JUDGE